

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

FILED.

DATED: 8:29 am, August 12, 2020

U.S. MAGISTRATE JUDGE

1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar No. 13644
3  LISA C. CARTIER GIROUX
   Nevada Bar No. 14040
4  Email: Lisa.Cartier-Giroux@usdoj.gov
   KIMBERLY SOKOLICH
5  Email: Kimberly.Sokolich@usdoj.gov
   Assistant United States Attorneys
6  501 Las Vegas Blvd. South, Suite 1100
   Las Vegas, Nevada 89101
   Phone: (702) 388-6336
7

   *Representing the United States of America*
8

9                    **UNITED STATES DISTRICT COURT**
                            **DISTRICT OF NEVADA**

10
   UNITED STATES OF AMERICA,              **COMPLAINT**
11
              Plaintiff                   **Case No.**  2:20-mj-704-BNW
12
         vs.                              **VIOLATION:**
13
   KELTON KAREEM SIMON,                   Depredation Against Property of the United
              Defendant.                  States - 18 U.S.C. §§ 1361 and 2
14

15        BEFORE the Honorable Brenda Weksler, United States Magistrate Judge, Las Vegas,

16  Nevada, the undersigned complainant, being duly sworn, deposes and states:

17                                  COUNT ONE
                     (Depredation Against Property of the United States)
18
           On or about May 30, 2020, in the state and Federal District of Nevada,
19
                             KELTON KAREEM SIMON,
20
    defendant herein, willfully and by means of repeatedly thowing objects, did injure and commit a

21  depredation against property of the United States and of any department or agency thereof, and

22  property which had been manufactured and constructed for the United States, and any

23

department or agency thereof, specifically the Foley Federal Building, 300 South Las Vegas

Boulevard, Las Vegas, Nevada 89101, and the resulting damage was over one thousand dollars

($1000.00), all in violation of Title 18, United States Code, Sections 1361 and 2.

## PROBABLE CAUSE AFFIDAVIT

1.     Your complainant is a Special Agent with the Federal Bureau of Investigation

(FBI), has been so employed for over two and a half years, and is currently assigned to the Las

Vegas Field Office. Prior to this, he was employed as a police officer in Minnesota for fourteen

years. As an FBI Agent, your complainant is assigned to the FBI's Las Vegas Violent Crimes

Task Force and is responsible for investigating a variety of violent crimes, to include bank

robbery, kidnapping, extortion, robbery, carjackings, assaults and murders of federal officers,

racketeering related violent offenses, as well as long-term investigations into the activities and

operations of career criminals, criminal enterprises, drug trafficking organizations, and violent

street gangs. Your complainant has experience in conducting criminal investigations, including

the investigation of criminal groups and conspiracies as well as the collection of evidence and

the identification and use of witnesses.

2.     The information used to support this complaint was derived from reports of

information obtained from eyewitnesses to the offenses described herein as well as

investigations conducted by law enforcement related to the incident. This complaint contains

information necessary to support probable cause to believe that the criminal offense described

herein was committed by the defendant, KELTON KAREEM SIMON, and is not intended to

include each and every fact and matter observed by me or known to the government.

Moreover, to the extent that this complaint contains statements by witnesses, those statements

are set forth only in part and in substance and are intended to accurately convey the

information, but not to be verbatim recitations.

2

1

<u>FACTS ESTABLISHING PROBABLE CAUSE</u>

2          3.        On May 30, 2020, in Las Vegas, Nevada, large crowds gathered in multiple

3    locations of the Downtown area. A crowd arrived at the Lloyd D George Courthouse, located

4    at 333 South Las Vegas Boulevard, Las Vegas, Nevada and the Foley Federal Building (FFB),

5    located at 300 South Las Vegas Boulevard, Las Vegas at approximately 10:15p.m. Participants

6    in the protest became more boisterous, fireworks were set off, the walls near the buildings were

7    spray painted with obscenities and anti-law enforcement graffiti, and several small bushes of the

8    landscaping were lit on fire.  Multiple individuals went to the east entrance of the FFB and

9    began to throw paint on the windows and caused physical damage to the building. Individuals

10   kicked the windows and doors to damage or break them to make entry, spray painted windows,

11   and attempted to break windows with a hammer, metal bars, and the metal letters torn off from

     the sign that read, "FOLEY FEDERAL BUILDING UNITED STATES COURTHOUSE."

12         4.        An on-duty Federal Protective Service (FPS) Protection Security Officer (PSO)

13   T.W., who was stationed inside the FFB, witnessed the damage and attempted break-in at the

14   building. T.W. stated the crowd outside could see him inside the building and T.W. heard

15   persons saying, "Get him!" "Get the cop!" T.W. was in fear of the crowd breaking through the

16   windows and door and was in fear of the potential actions of the individuals against his person

17   if they successfully made entry. Ultimately, additional police units arrived inside the building

18   and the crowd was dispersed. Some letters torn from the FFB were taken by individuals and not

19   recovered. The Lloyd D. George Federal Courthouse was also damaged during this time.

20         5.        On May 30, 2020, the FFB property located at 300 South Las Vegas Boulevard,

21   Las Vegas, Nevada, 89101, was property of the United States and of any department or agency

22   thereof, and property which had been manufactured and constructed for the United States, and

     any department or agency thereof.

23

3

6.      On June 3, 2020, the General Services (GSA) completed a damage estimate for the repair and clean-up of the FFB property. The estimate totaled seventy one thousand three hundred thirty five dollars and seventy-two cents ($71,335.72).

7.      Shortly after the damage at the FFB occurred, a break-in occurred at the EZ Pawn, located at 212 South Las Vegas Boulevard, Las Vegas, Nevada 89101. The store was closed at the time of the break-in. Multiple individuals entered the store and stole merchandise, which resulted in a loss of approximately fifty thousand dollars ($50,000.00), not including the damage sustained to the building.

8.      The FFB was equipped with surveillance cameras on the exterior of the building which captured footage of the specific individuals who damaged the building on May 30, 2020. One individual who was captured on the surveillance footage damaging the FFB was later positively identified as KELTON KAREEM SIMON (hereinafter referred to as "SIMON"). SIMON was wearing a gray Adidas brand NBA 2015 Champions Golden State ball cap with the brim being yellow underneath, a turquoise blue bandana, a white short sleeve T-shirt, jeans, a bag with a cross-body strap on his chest, and had long red dread-lock style hair.

9.      On Camera 9 of the FFB at approximately 22:22:05, SIMON appeared on footage and threw what appears to be the letter "N" at a federal building window. SIMON retrieved the letter and threw it at a window again at approximately 22:22:10.

...

...

4



Image #1 05/30/2020 - Foley Federal Building Security Camera 09, SIMON throwing metal letter "N" at window.

Image #2 - 05/30/2020 - Foley Federal Building Security Camera 09, SIMON walking away after throwing metal letter "N."

10.    SIMON was observed in multiple social media videos that recorded the protests. Within these videos, SIMON's actions at the FFB and other locations in the Downtown Las Vegas area were recorded.  SIMON was observed in a video on YouTube named "LIVE: George Floyd Protest in Downton Las Vegas," posted by "Abandoned Explained." In this video, SIMON is seen throwing the letter "N" at the

5

1   FFB windows.

2

3

4

5

6

7

8

9

10   

Image #3 05/30/2020 - from "Abandon Explained" Video.  SIMON holding metal letter

11   "N" in hand.

12

13

14

15

16

17

18

19

20   Image #4 05/30/2020 - from "Abandon Explained" Video.  Simon throwing metal letter "N"

21   at window.

22

23

6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23



Image #5 05/30/2020 - from "Abandon Explained" Video.  SIMON walking away after throwing metal letter "N".

11.      The EZ Pawn was equipped with external and internal surveillance cameras, which captured footage from the evening of May 30, 2020.  Surveillance cameras recorded individuals damaging the EZ Pawn building, smashing the main glass entry door, and looting the establishment. The surveillance footage captured SIMON entering EZ Pawn through the broken glass of the main door.  SIMON is observed inside the EZ Pawn stealing items, and exiting the store with the stolen items.  SIMON had the same physical appearance and wore the same items of clothing as he did in the FFB surveillance camera footage and the "Abandon Explained" video footage.

      ...

      ...

7

1

2

3

4

5

6



Image #6 05/30/2020 - from EZ Pawn Camera 02.  SIMON inside EZ Pawn after break-in and during looting.

7

8

9

10

11

12

13

14



15

Image #7 05/30/2020 - from EZ Pawn Camera 02.  SIMON inside EZ Pawn after break-in and during looting.

16

17

18

19

20

21

22

23

8

1
2
3
4
5
6



Image #8 05/30/2020 - from EZ Pawn Camera 02.  SIMON inside EZ Pawn after break-in and during looting.

7
8
9
10
11
12
13
14
15
16



Image #9  05/30/2020 - from EZ Pawn Camera 02.  SIMON inside EZ Pawn after break-in and during looting.

17      12.      Your complainant viewed a YouTube video posted by Channel 8 News Now, in

18   Las Vegas, of News 8 covering live the protests in Las Vegas on May 30, 2020. During the

19   footage at 11:02 p.m., SIMON is observed stepping in front of the camera.  SIMON displayed

20   the middle finger to the camera and stated "Fuck the Police" multiple times. SIMON had the

21   same physical appearance and was wearing the same clothing as when he damaged the FFB,

22   and looted the EZ Pawn. Two screen shots of the Channel 8 video were taken and were

23   submitted to Las Vegas Metropolitan Police Department (LVMPD) facial recognition

9

1   program, which is operated by trained individuals assigned to LVMPD's Technical Operations

2   Section.



Image #10 - 05/30/2020 - from 8 News Now.  SIMON captured giving the camera the middle finger.

1
2
3
4
5
6
7
8
9
10



Image #11 05/30/2020 - from 8 News Now.  Close-up of SIMON submitted to LVMPD
facial recognition.

11

12      13.     On June 24, 2020, responses from LVMPD of a possible match were received.

13   The possible match was SIMON. Upon further review of the possible match, your

14   complainant could see SIMON bore a similar likeness to the suspect who damaged the

15   building. Nevada Department of Motor Vehicle (DMV) checks were conducted on SIMON

16   and the DMV photo compared to SIMON. Your complainant and other agents saw SIMON's

17   picture and immediately recognized SIMON was the same individual as the person in the

18   turquoise blue bandana who damaged the Foley building.

19
20
21
22
23

11

Image #12 - Nevada Department of Motor Vehicle photograph for SIMON.

14.     On August 11, 2020, the FBI executed a federal search warrant on SIMON's residence. Agents located some of the items SIMON wore while damaging the FFB and looting the EZ Pawn. This included his Addidas brand NBA 2015 Champions Golden State ball cap and blue bag with cross-body strap. Agents also recovered two cameras that had been stolen from the EZ Pawn.

15.     In a post-*Miranda* interview, SIMON admitted to damaging the FFB on May 30, 2020. SIMON was shown multiple still images obtained from the FFB security cameras, EZ Pawn, and social media videos (including images 1, 2, 4, 5, and 6). SIMON identified himself and admitted it was him in all of the images.

...

...

...

12

1

<u>CONCLUSION</u>

2          16.     Based on the foregoing facts and information, Your complainant believes there is

3  probable cause to believe that KELTON KAREEM SIMON did commit a violation of 18

4  U.S.C. §§ 1361 and 2 – Depredation Against Property of the United States.

5

6                                                  _____

7                                                  Special Agent Joseph Dick
                                                    Federal Bureau of Investigation

8

9  Attested to by the Applicant in accordance with the requirements of Fed. R. Crim. P. 41 by
   telephone on this 12th day of August, 2020.

10

11 _____
   THE HONORABLE BRENDA WEKSLER
12 UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

13