**TODD M. LEVENTHAL, ESQ.**
Nevada Bar No: 008543
California Bar No: 223577
**LEVENTHAL & ASSOCIATES, PLLC.**
626 S. Third St.
Las Vegas, Nevada  89101
leventhalandassociates@gmail.com
(702) 472-8686 – office
(702) 472-8685 – fax
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KELTON KAREEN SIMON,<br><br>    Defendant. | Case No. 2:20-mj-0704-BNW<br><br>**STIPULATION AND ORDER** |

IT IS HEREBY STIPULATION AND AGREED by and between KIMBERLY SOKOLICH, Assistant United States attorney, counsel for the Government, and TODD M. LEVENTHAL, ESQ.,  counsel for Defendant KELTON KAREEN SIMON, per the recommendation of pre-trial services, that Defendant's condition of release be modified to remove the requirement that Defendant report to the U.S. Pre-Trial Services Office (condition 51, 51B, 52,52D, 53,54). This modification does not affect the other remaining conditions still in effect.

DATED: October 20, 2020

| /s/ Todd M. Leventhal | /s/ Kimberly Sokolich |
|---|---|
| Attorney for Defendant Kelton Kareen Simon | Assistant United States Attorney |

**TODD M. LEVENTHAL, ESQ.**
Nevada Bar No: 008543
California Bar No: 223577
**LEVENTHAL & ASSOCIATES, PLLC.**
626 S. Third St.
Las Vegas, Nevada 89101
leventhalandassociates@gmail.com
(702) 472-8686 – office
(702) 472-8685 – fax
*Attorney for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:20-mj-0704-BNW |
| v. | **ORDER** |
| KELTON KAREEN SIMON, | |
| Defendant. | |

Based on the pending Stipulation of the parties, and good cause appearing the Stipulation is hereby GRANTED.

IT IS HEREBY ORDERED, per the recommendation of pre-trial services, that the Defendant's conditions of release be modified to remove the requirement that Defendant report to the U.S. Pre-Trial Services Office (condition 51, 51B, 52,52D, 53,54).

This modification does not affect the other remaining conditions still in effect.

**IT IS SO ORDERED**

**DATED:** 6:22 pm, October 23, 2020

Respectfully Submitted:

   /s/ Todd M. Leventhal

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**